IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TERESA L HARMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C07-3023 MWB |
| | ) |
| | ) JUDGMENT FOR ATTORNEY FEES |
| COMMISSIONER OF SOCIAL SECURITY, MICHAEL J ASTRUE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the plaintiff and against the defendant. The court awards $3,403.95 (three-thousand four-hundred and three dollars and nintey-five cents) in attorney fees. The fees are payable to Harms to be mailed to her counsel's address.

DATED: May 27th, 2008

                                                Robert L Phelps
                                                Clerk
                                                S/src
                                                (By) Deputy Clerk